UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| REGINALD VERNARD CAMPBELL, #02247551 | § § § § § § § |
| v | |
| DIRECTOR, TDCJ-CID | |

CIVIL NO. 4:20-CV-675

### ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING PETITIONER'S WRIT OF MANDAMUS

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Magistrate Judge issued a Report and Recommendation (Dkt. #37), which contains proposed findings of fact and recommendations for the disposition of Petitioner's "Motion to Order State to Provide State Court Record to Petitioner," (Dkt. #35), which was construed as a writ of mandamus. No objections were timely filed.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Petitioner's "Motion to Order State to Provide State Court Record to Petitioner," (Dkt. #35), construed as a writ of mandamus, is **DISMISSED** for lack of jurisdiction.

**So ORDERED and SIGNED this 25th day of May, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE