IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| REGINALD VERNARD CAMPBELL, §<br>#02247551 §<br>§<br>VS. §<br>§<br>DIRECTOR, TDCJ-CID §<br>§ | CIVIL CASE NO. 4:20-CV-675 |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that the petition for writ of habeas corpus should be denied and dismissed with prejudice. Petitioner filed objections.

In the objections, Petitioner reurges the issues raised in his 28 U.S.C. § 2254 petition. The Court has reviewed the tendered objections, and they add nothing new to Petitioner's prior contentions in this case. Despite his arguments, Petitioner fails to show that that his guilty plea was involuntary, unknowing, or coerced, or that counsel's representation resulted in an involuntary plea. Petitioner fails to show that the Report and Recommendation is in error or that he is entitled to relief.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate

Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 11th day of September, 2023.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE